IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| FREDERICK KEITH DARTY and CAROLYN DARTY, § § § | |
| Plaintiffs, § § | |
| v. § | Civil No. 7:15-CV-159-O |
| § § | |
| KYLA BAKER., *et al.*, § § | |
| Defendants. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Report and Recommendation of the United States Magistrate Judge (ECF No. 11), I am of the opinion that the fact findings and conclusions of law set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the findings of the Court.

Accordingly, this action is **DISMISSED** without prejudice pursuant 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state claim on which relief may be granted.

**SO ORDERED** this **24th day** of **February, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE